Clerk of Court
United states Courthouse
300 S. 4th St. Suite 202
Minneapolis, Mn 55415

Sept. 30 th 2013

Sir or Maam:

I sincerely regret the rushed manner in which I was forced to prepare my claim. You see, I am being held in the County Jail of Brainerd Mn. (Crow Wing Co.) They have a policy - that you can only access the Law Library for one hour a week only!! And use a computer to type 2 hrs a week.

I have no money, so I can't afford to call anyone for supplemental information to back my claim. These tactics are done deliberately so that an inmate helping himself is dis-credited or tripped up to miss deadlines.

I am submitting a motion to the Court requesting Standby Counsel or Appointment, or the opportunity to seek Legal Representation.

Any and all changes, needed or to be included are forthcoming. Once again I apologize for the haste. Please Bear with me.

*Harlan Hale*

PS: Please Respond to Let me know about timeframes + steps needed next please.

Harlan Gale
313 Laurel Street
Brainerd, Mn 56401

LEGAL

RECEIVED
BY MAIL
OCT 03 2013
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

Att: Court Admin/Clerk of Court.
United States Courthouse
300 South 4th Street
Clerk of Court Suite 202
Minneapolis, Mn 55415

Hasler
10/01/2013
US POSTAGE
$00.66⁰
FIRST-CLASS MAIL
ZIP 56401
011D11636310