UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

HARLAN KEITH GALE,                                          Civil No. 13-2734 (SRN/TNL)

      Plaintiff,
                                                             **ORDER**
v.

COUNTY NINTH JUDICIAL DISTRICT
COURT, BARBARA J. HARRINGTON,
Cass County Ninth Judicial District
Prosecutor,
JEANINE BRAND, Cass County Ninth
Judicial District Prosecutor, LEECH LAKE
DEPARTMENT OF PUBLIC SAFETY,
RENEE BENSON, Leech Lake Police
Officer Investigator, AARON WHITE,
Leech Lake Tribal Police Officer, and
JOHN LITTLEWOLF, Leech Lake Tribal
Police Officer,

      Defendants.

---

Harlan Keith Gale, Crow Wing County Jail, 313 Laurel Street, Brainerd, MN 56401, pro se plaintiff.

---

    Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 6, 2014 (Docket No. 14), along with all the files and records, and no objections to said Recommendation having been filed,

    **IT IS HEREBY ORDERED** that:

    1. Plaintiff's applications to proceed in forma pauperis (Docket Nos. 2 and 6) are **DENIED**;

2. Plaintiff's motion for appointment of counsel, (Docket No. 3), is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 17, 2014                           s/Susan Richard Nelson
                                               The Honorable Susan Richard Nelson
                                               United States District Court Judge